UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>       Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-11-2717 EMC (pr)<br><br><br>**ORDER APPOINTING COUNSEL FOR PLAINTIFF** |

       On January 18, 2012, the Court granted Plaintiff's request for appointment of counsel and referred the matter to the Federal Pro Bono Project for counsel to be located. A representative from the Federal Pro Bono Project has informed the Court that attorney Lorin Kline, of O'Melveny & Myers LLP, 28th Floor, Two Embarcadero Center, San Francisco, CA 94111, is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

       Accordingly, attorney Lorin Kline, of O'Melveny & Myers LLP is hereby appointed as counsel for Gerald L. Righetti in this matter. The scope of the appointment is for all purposes for the duration of the case, unless counsel is permitted to withdraw or substitute out before the conclusion of the case. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

///

///

///

///

No later than **April 6, 2012**, attorney Kline shall file an amended complaint or inform the Court that Plaintiff does not intend to file an amended complaint. If Ms. Kline needs additional time to prepare an amended complaint, she may request a reasonable extension before the deadline arrives.

IT IS SO ORDERED.

Dated: February 22, 2012

_____
EDWARD M. CHEN
United States District Judge