1  DARIN SNYDER (S.B. #136003)
   dsnyder@omm.com
2  LORIN M. KLINE (S.B. #275263)
   lkline@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  Attorneys for Plaintiff
   Gerald L. Righetti
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GERALD L. RIGHETTI,                           | Case No. C-11-2717 EMC
12 |                  Plaintiff,                   | **[PROPOSED] ORDER GRANTING PARTIES' L.R. 6-2 STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**
13 |         v.                                    |
14 | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | Judge: Hon. Edward M. Chen
15 | *et al*.,                                     | Courtroom: 5 (17th Floor)
                                                   | Hearing Date: October 5, 2012
16 |                  Defendants.                  | Time: 1:30 p.m.

1  On September 10, 2012, pursuant to this Court's Civil Local Rule 6-2, Plaintiff Gerald
2  Righetti and Defendants California Department of Corrections and Rehabilitation, Salinas Valley
3  State Prison, Warden Michael Evans, Warden Anthony Hedgpeth, Dr. C. Dudley Lee, Dr.
4  Michael Sepulveda, Nurse Kathleen Wall, Nurse Mark Hudson, Nurse Peter Chalich, and Nursing
5  Assistant Marcella Zuniga by and through their counsel filed a stipulation to extend the time for
6  Plaintiff to oppose the Motion to Dismiss to Friday, September 14th and the time for the State
7  Defendants' to reply to Friday, September 21st.
8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/10/12

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*