1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  LORIN M. KLINE (S.B. #275263)
   lkline@omm.com
3  MEGHAN K. WOODSOME (S.B. #272459)
   mwoodsome@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   Gerald L. Righetti

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD L. RIGHETTI, | Case No. C-11-2717 EMC  Addition |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | Judge:  Hon. Edward M. Chen |
| Defendants. | |

1  TO THE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD
2  HEREIN:
3  PLEASE TAKE NOTICE that Plaintiff Gerald L. Righetti and his counsel of record, O'Melveny & Myers LLP, hereby add Meghan Woodsome, an associate at O'Melveny & Myers, as attorney of record for Mr. Righetti in the above-captioned matter.

Dated: September 27, 2012

DARIN W. SNYDER
MEGHAN K. WOODSOME
O'MELVENY & MYERS LLP


By: /s/ Meghan K. Woodsome
Meghan K. Woodsome
Attorneys for Plaintiff

NOTICE OF SUBSTITUTION

**[PROPOSED] ORDER**

The above Substitution is hereby approved.

Dated: 9/28 , 2012

Hon. Edward M. Chen

