UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-2717 EMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT IDA GUZMAN**<br><br>**(Docket No. 55)** |

    Plaintiff Gerald S. Righetti, an inmate at California's Salinas Valley State Prison ("SVSP"), filed this suit against, *inter alia*, the California Department of Corrections and Rehabilitation, the Warden of SVSP, other prison employees, and various medical professionals, alleging that they violated both his federal and state rights by failing to provide him with appropriate medical care. *See* Docket No. 16 (Amended Complaint). Micah C.E. Osgood (Cal. Bar No. 255239), on behalf of the California Attorney General's Office, entered an appearance for the state employee Defendants in this matter. Notice of Appearance (Docket No. 49). Mistaking Defendant Ida Guzman to be a state employee, Osgood entered an appearance on her behalf as well. *Id.* Shortly thereafter, Osgood learned that Ms. Guzman was not a state employee and filed the Motion to Withdraw as Attorney now before the Court. *See* Docket No. 55.

    For the reasons stated on the record, the Court finds that neither Mr. Osgood nor the California Attorney General's Office have formed an attorney-client relationship with Ms. Guzman, and that Osgood's withdrawal as her attorney will not prejudice her rights in this matter. *See* CA ST

United States District Court
For the Northern District of California

RPC Rule 3-700. Therefore, finding good cause and pursuant to Civil L. R. 11-5(a), the Court hereby **GRANTS** Defendants' Motion to Withdraw.

This order disposes of Docket No. 55.

IT IS SO ORDERED.

Dated: October 15, 2012

_____
EDWARD M. CHEN
United States District Judge

2