DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
MEGHAN K. WOODSOME (S.B. #272459)
mwoodsome@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
Gerald L. Righetti

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>　　　　Defendants. | Case No. C-11-2717 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AS TO DEFENDANT BENDA**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 (17th Floor) |

**[PROPOSED] ORDER GRANTING EXTENSION**

On October 25, 2012, pursuant to this Court's Civil Local Rule 6-2, Plaintiff Gerald Righetti and Defendant William Benda Jr., by and through their counsel, filed a stipulation to extend Mr. Righetti's time to file an amended complaint against Dr. Benda by fourteen days. Any amended complaint as to Dr. Benda must be filed no later than Friday, November 16, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 29, 2012

