JOHN P. RHODE, #132533
CAMERON L. COBDEN, #214334
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 ● Fax (916) 449-3888

Attorneys for Defendant DUC NGUYEN, M.D.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| GERALD RIGHETTI , <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. , <br><br> Defendants. | Case No. 3:11-CV-02717-EMC <br><br> STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT DUC NGUYEN, M.D. TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT  ; ORDER <br><br> Trial Date:  Not Set <br> Complaint Filed:  6/6/2011; <br> Amended 6/1/2012 |

///

///

///

///

///

///

///

///

///

///

///

H A R D Y
E R I C H
B R O W N
&
W I L S O N
A Professional Law Corporation
Established in 1967

1000 G Street, Suite 200
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

1     Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Gerald S. Righetti and defendant

2     Duc Nguyen, M.D. by and through their respective counsel hereby stipulate to and

3     request that defendant Duc Nguyen, M.D. have until 14 days after the parties' next Case

4     Management Conference (currently set for January 3, 2012), to answer or otherwise

5     respond to Plaintiff's Second Amended Complaint.

6     Dated:  November 29, 2012          Respectfully submitted,

7

8                                        **HARDY ERICH BROWN & WILSON**
                                         A Professional Law Corporation

9                                        */s/Cameron L. Cobden*

10                                       By_____

11                                            JOHN P. RHODE
                                              CAMERON L. COBDEN
12                                            Attorneys for Defendant Dr. Duc Nguyen

13

14    Dated:  November 29, 2012          Respectfully submitted,

15                                       **O'MELVENY & MYERS LLP**

16                                       */s/ Meghan Woodsome[1]*

17                                       By_____

18                                            DARIN SNYDER
                                              MEGHAN WOODSOME
19                                            DIXIE NOONAN
                                              Attorneys For Plaintiff Gerald S. Righetti

20

21    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22    Dated:  November 29, 2012

23

24                                       _____
                                         UNITE...
25

26                                       IT IS SO ORDERED

27                                       Judge Edward M. Chen

28    ---
      [1] Pursuant to Local Rule 5-1(i)(3), I, Cameron L. Cobden, attest that I have obtained the concurrence of
      Megan Woodsome in the filing of this document and that I have and will maintain records supporting
      this concurrence for production as required.  */s/Cameron L. Cobden*

HARDY
ERICH
BROWN &
WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, Suite 200
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION IN SUPPORT**

I, Cameron L. Cobden, declare as follows:

1.      At the hearing before the Court on defendant Duc Nguyen, M.D.'s motion to dismiss, the Court stated that it would decide at the upcoming Case Management Conference whether Plaintiff would have leave to amend after opportunity to perform additional factual development and/or pursue limited discovery.

2.      Following the court's dismissal of the medical negligence portion of Plaintiff's complaint as to Dr. Nguyen, Dr. Nguyen's representation was tendered to the Office of the Attorney General.   It is anticipated that the status of Dr. Nguyen's representation will be settled on or about December 14, 2012.

3.      Granting this stipulated request would conserve the Parties' and the Court's resources by obviating the need to relitigate the sufficiency of a complaint that has not been amended as to defendant Dr. Nguyen and to which this Court has already issued an order.

4.      Accordingly, the Parties respectfully request that Dr. Nguyen be allowed to defer responding to the Second Amended Complaint until 14 days after the next Case Management Conference, to the extent not otherwise affected by other orders of the Court.

5.      Plaintiff and defendant Dr. Nguyen are not aware of any effects on the schedule of this case caused by this stipulation and request.

Dated:  November 29, 2012          Respectfully submitted,

                                                              **HARDY ERICH BROWN & WILSON**
                                                              A Professional Law Corporation

                                                              */s/Cameron L. Cobden*

                                                              By_____
                                                                      JOHN P. RHODE
                                                                      CAMERON L. COBDEN
                                                                      Attorneys for Defendant Dr. Duc Nguyen

H A R D Y
E R I C H
B R O W N
W I L S O N
A Professional Law Corporation
Established in 1967

1000 G Street, Suite 200
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888