JOHN SUPPLE (#94582)
jsupple@supplecanvel.com
ROBERT DEERING (#258043)
rdeering@supplecanvel.com
ROBERT D. SANFORD (#129790)
rsanford@supplecanvel.com
**SUPPLE & CANVEL, LLP**
2320 Marinship Way, Suite 301
Sausalito, CA 94965
Tel:   (415) 366-5533
Fax:   (415) 480-6301

**Attorneys for Defendant**
**NEIL RICHMAN, M.D.**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD S. RIGHETTI, | CASE NO.3:11-CV-02717-EMC |
| Plaintiffs, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a).]** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | Judge: Honorable Edward M. Chen |
| Defendants. | Trial Date: None Set<br>Action Filed: June 6, 2011 |

Pursuant to the United States District Court, Northern District of California Local Rule Rule 6-1(a) and 6-2, Plaintiff Gerald Righetti and Defendant Neil Richman, M.D. stipulate and request that the Court order that Dr. Richman shall have until fourteen dates after the next Case Management Conference, currently set for January 3, 2013, to respond to Plaintiff's Second Amended Complaint.

As required by Local Rule 6-2, the parties agree that the extension is necessary since the Court granted Plaintiff until January 14, 2013 to file an amended complaint (Docket No. 80) and the Second Amended Complaint does not allege any new facts as to Dr. Richman.  By January 14, 2013, Plaintiff will either file a dismissal as to Dr. Richman or an amended complaint alleging new facts as to Dr. Richman.  This is the first extension of time requested to respond to the Second Amended Complaint and will not affect the current schedule of the action.

Respectfully submitted,

Dated:  November 30, 2012    SUPPLE & CANVEL, LLP


By: _____/s Robert D. Sanford_____
        Robert D. Sanford
Attorney for Defendant
NEIL RICHMAN, M.D.


Dated:  November 30, 2012    O'MELVENY & MYERS, LLP


By: _____/s Meghan Woodsome[1]_____
        MEGHAN WOODSOME
Attorney for Plaintiff
GERALD S. RIGHETTI

---

[1] Pursuant to Local Rule 5-1(i)(3), the undersigned, Robert D. Sanford, attests under penalty of perjury under the laws of the United Stated that I obtained the concurrence of Meghan Woodsome in the filing of this Stipulation and that I have a record supporting this concurrence. */s Robert D. Sanford*

-2-
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1 **SO ORDERED:**

3  Dated: \_\_\_\_12/4\_\_\_\_, 2012



The Honorable Edward M. Chen,
DISTRICT JUDGE

SUPPLE & CANVEL, LLP
2320 Marinship Way, Sutie 301
Sausalito, CA 94965