| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| 3 | MICAH C. E. OSGOOD<br>Deputy Attorney General |
| 4 | State Bar No. 255239<br>455 Golden Gate Avenue, Suite 11000 |
| 5 | San Francisco, CA 94102-7004<br>Telephone: (415) 703-5593 |
| 6 | Fax: (415) 703-5480<br>E-mail: Mike.Osgood@doj.ca.gov |
| 7 | *Attorneys for State Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD RIGHETTI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　Defendants. | CV 11-2717 EMC<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION FOR SUBSTITUTION OF COUNSEL**<br><br>Time:　　　　1:30 p.m.<br>Date:　　　　April 11, 2013<br>Courtroom:　5, 17th Floor<br>Judge:　　　The Honorable Edward M. Chen<br>Trial Date:　　Not Set<br>Action Filed:　June 6, 2011 |

On March 21, 2013, pursuant to Local Rules 5-1(c)(2)(E) and 11-5, Defendant Dr. Duc Nguyen, by and through his past and present counsel, requested an order of this Court substituting out Hardy Erich Brown & Wilson and simultaneously substituting in the Office of the Attorney General, California Department of Justice, as counsel in the above-captioned case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/22/13

_____
HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen