DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DIXIE L. NOONAN (S.B. #257786)
dnoonan@omm.com
MEGHAN K. WOODSOME (S.B. #272459)
mwoodsome@omm.com
LYNDSIE R. SCHMALZ (S.B. #285004)
lschmalz@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
Gerald L. Righetti

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>          Defendants. | Case No. C-11-2717 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AS TO DEFENDANT RICHMAN**<br><br>Judge:  Hon. Edward M. Chen<br>Courtroom:  5 (17th Floor) |

1

# [PROPOSED] ORDER GRANTING EXTENSION

2   On April 10, 2013, pursuant to this Court's Civil Local Rule 6-2, Plaintiff Gerald Righetti and Defendant Neil Richman, M.D., by and through their counsel, filed a stipulation to extend Mr. Righetti's time to file an amended complaint against Dr. Richman until the date that the Court sets to file any amended complaint as to the State Defendants and in any case no later than April 18, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/11/13



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE