she sai
1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DIXIE L. NOONAN (S.B. #257786)
   dnoonan@omm.com
3  MEGHAN K. WOODSOME (S.B. #272459)
   mwoodsome@omm.com
4  LYNDSIE R. SCHMALZ (S.B. #285004)
   lschmalz@omm.com
5  HOAI-MI VU (S.B. #286628)
   mvu@omm.com
6  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
7  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
8  Facsimile:    (415) 984-8701

9  Attorneys for Plaintiff
   Gerald L. Righetti

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  GERALD L. RIGHETTI,                    Case No. C-11-2717 EMC

15              Plaintiff,                 **[PROPOSED] ORDER ENTERING STIPULATED DISMISSAL OF CLAIM AGAINST DEFENDANT DR. WILLIAM BENDA, JR.**

16  v.

17  DR. DUC NGUYEN; IDA GUZMAN;            Hearing Date: n/a
    MARCELLA ZUNIGA; DR. WILLIAM           Time:   n/a
18  BENDA, JR.; and DR. NEIL RICHMAN,      Judge:  Edward M. Chen

19              Defendants.

20

21

22

23

24

25

26

27

28

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims against Defendant
3 Dr. William Benda, Jr. are dismissed with prejudice. Each party shall bear its own fees and costs.
4
5   Dated:   8/13/13

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED DISMISSAL
CASE NO. C-11-2717 EMC