DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
LYNDSIE R. SCHMALZ (S.B. #285004)
lschmalz@omm.com
MIMI VU (S.B. #286628)
mvu@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
Gerald L. Righetti

ROBERT SANFORD (S.B. #129790)
rsanford@supplecanvel.com
SUPPLE & CANVEL LLP
rsanford@supplecanvel.com
2320 Marinship Way, Suite 301
Sausalito, California 94965
Telephone: (415) 366-5536
Facsimile: (415) 480-6301

Attorney for Defendant
Neil Richman

MICAH C. E. OSGOOD (S.B. #255239)
Mike.Osgood@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5593
Facsimile: (415) 703-5480

Attorney for Defendants
Duc Nguyen and Marcella Zuniga

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>              Plaintiff,<br><br>    v.<br><br>DR. DUC NGUYEN; IDA GUZMAN; MARCELLA ZUNIGA; and DR. NEIL RICHMAN, | Case No. C-11-2717 EMC<br><br>**JOINT STIPULATION AND PR~~OP~~OSED ORDER EXTENDING SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES** |

## JOINT STIPULATION AND PROPOSED ORDER EXTENDING SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES

Plaintiff Gerald Righetti ("Plaintiff") and Defendants Duc Nguyen, Marcella Zuniga, and Neil Richman ("Defendants") submit this joint stipulation requesting that the Court modify the current summary judgment and case management deadlines.

WHEREAS, on June 24, 2013, the Court entered a Civil Minutes Order (Dkt. No. 139) setting the following schedule: (1) Defendants' dispositive motions for summary judgment shall be filed by October 17, 2013; (2) Plaintiff's opposition shall be filed by November 7, 2013; (3) Defendants' replies shall be filed by November 21, 2013; (4) an updated joint Case Management Statement shall be filed by December 5, 2013; and (5) the hearing on Defendants' motions for summary judgment and further Case Management Conference shall be set for December 12, 2013;

WHEREAS, the Plaintiff and Defendants have reached an agreement on the extension of these deadlines to accommodate the schedules of the parties and their respective counsel;

NOW, THEREFORE, the undersigned parties hereby respectfully request that this Court approve and order the following revised schedule :

1. Defendants' dispositive motions for summary judgment shall be filed by November 14, 2013;
2. Plaintiff's opposition to Defendants' motions shall be filed by December 12, 2013;
3. Defendants' replies shall be filed by January 6, 2014;
4. The parties shall file an updated joint Case Management Statement by January 23, 2014 or seven calendar days before the date set by the Court for the Case Management Conference; and
5. The Court will set Defendants' summary judgment motions for hearing on and the further Case Management Conference for January 30, 2014 or as soon thereafter as

```
 1                 the Court's calendar permits.
 2
 3   Dated:  October 4, 2013          DARIN W. SNYDER
                                      LYNDSIE R. SCHMALZ
 4                                    MIMI VU
                                      O'MELVENY & MYERS LLP
 5
 6                                    By: /s/ Rachel Zuraw
                                          Rachel Zuraw
 7                                        Attorney for Plaintiff Gerald L. Righetti
 8
 9
10   Dated:  October 4, 2013          ROBERT SANFORD
                                      SUPPLE & CANVEL LLP
11
12                                    By: _____
13                                        Robert Sanford
                                          Attorney for Defendant Neil Richman
14
15
16   Dated:  October 4, 2013          MICAH C. E. OSGOOD
17
18                                    By: _____
                                          Deputy Attorney General
19                                        Attorney for Defendant Duc Nguyen &
                                             Marcella Zuniga
20
21
22
23
24
25
26
27
28                                    3            JOINT STIP. AND PROP. ORDER EXTENDING
                                                   SUMMARY JUDGMENT AND CASE MGMT.
                                                                            DEADLINES
                                                              CASE NO. C-11-2717 EMC
```

OMM_US:71912704.2

| | |
|---|---|
| 1 | |
| 2  Dated: October 4, 2013 | DARIN W. SNYDER<br>LYNDSIE R. SCHMALZ<br>MIMI VU<br>O'MELVENY & MYERS LLP |

Dated: October 4, 2013

DARIN W. SNYDER
LYNDSIE R. SCHMALZ
MIMI VU
O'MELVENY & MYERS LLP

By: _____
Rachel Zuraw
Attorney for Plaintiff Gerald L. Righetti

Dated: October 4, 2013

ROBERT SANFORD
SUPPLE & CANVEL LLP

*[signature]*

By: _____
Robert Sanford
Attorney for Defendant Neil Richman

Dated: October 4, 2013

MICAH C. E. OSGOOD

By: _____
Deputy Attorney General
Attorney for Defendant Duc Nguyen &
   Marcella Zuniga

the Court's calendar permits.

Dated: October 4, 2013

DARIN W. SNYDER
LYNDSIE R. SCHMALZ
MIMI VU
O'MELVENY & MYERS LLP

By: _____
Rachel Zuraw
Attorney for Plaintiff Gerald L. Righetti

Dated: October 4, 2013

ROBERT SANFORD
SUPPLE & CANVEL LLP

By: _____
Robert Sanford
Attorney for Defendant Neil Richman

Dated: October 7, 2013

MICAH C. E. OSGOOD

By: _____
Deputy Attorney General
Attorney for Defendant Duc Nguyen &
Marcella Zuniga

3

JOINT STIP. AND PROP. ORDER EXTENDING
SUMMARY JUDGMENT AND CASE MGMT.
DEADLINES
CASE NO. C-11-2717 EMC

OMM_US:71912704.2

## [PROPOSED] ORDER EXTENDING
## SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES

THIS MATTER came before the Court for consideration upon the Joint Stipulation and Proposed Order Extending Summary Judgment and Case Management deadlines filed by Plaintiff Gerald Righetti and Defendants Neil Richman, Duc Nguyen, and Marcella Zuniga in *Righetti v. Nguyen et al.*, C-11-2717 EMC (N.D. Cal.). The Court, having considered the Motion, the record, and the representations of counsel, finds good cause to grant the Motion.

Accordingly, it is hereby ORDERED AND ADJUDGED that:

The Joint Stipulation to Extend Summary Judgment and Case Management Deadlines is GRANTED:

1. Defendants' dispositive motions for summary judgment shall be filed no later than November 14, 2013;
2. Plaintiff's opposition to Defendants' motions for summary judgment shall be filed no later than December 12, 2013;
3. Defendants' replies shall be filed no later than January 6, 2013;
4. An updated joint Case Management Statement shall be filed by January 23, 2014; and;
5. The hearing on summary judgment motions and further Case Management Conference shall be set for January 30, 2014.

IT IS SO ORDERED.

October 17, 2013.



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

JOINT STIP. AND PROP. ORDER EXTENDING
SUMMARY JUDGMENT AND CASE MGMT.
DEADLINES
CASE NO. C-11-2717 EMC

OMM_US:71912704.2

# PROOF OF SERVICE

I, Paula Behrmann, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On October 9, 2013, I served the within document(s):

JOINT STIPULATION AND PROPOSED ORDER EXTENDING SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] by causing the document(s) to be emailed or electronically transmitted to the person(s) at the email addresses set forth below, pursuant to a court order or an agreement of the parties to accept service by email or electronic transmission. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 9, 2013, at San Francisco, California.

*/s/ Paula Behrmann*

Paula Behrmann

---

JOINT STIPULATION AND PROPOSED ORDER EXTENDING SUMMARY JUDGMENT AND CASE MANAGEMENT DEADLINES

OMM_US:71918059.1
10/09/13

## SERVICE LIST

Micah C.E. Osgood, Esq.
Office of the Attorney General
California Department of Justice
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102
Mike.Osgood@doj.ca.gov

*Counsel for State Defendants*

Robert Sanford, Esq.
Supple & Canvel, LLP
2320 Marinship Way
Suite 301
Sausalito, CA 94965
rsanford@supplecanvel.com

*Counsel for Defendant Neil Richman*

JOINT STIPULATION AND PROPOSED ORDER EXTENDING SUMMARY JUDGMENT AND CASE
MANAGEMENT DEADLINES

OMM_US:71918059.1
10/09/13