DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DIXIE NOONAN (S.B. #257786)
dnoonan@omm.com
RACHEL P. ZURAW (S.B. #274645)
rzuraw@omm.com
LYNDSIE R. SCHMALZ (S.B. #285004)
lschmalz@omm.com
HOAI-MI VU (S.B. #286628)
mvu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
GERALD L. RIGHETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>          Plaintiff,<br><br>    v.<br><br>DR. DUC NGUYEN; IDA GUZMAN; MARCELLA ZUNIGA; and DR. NEIL RICHMAN<br><br>          Defendants. | Case No. C-11-2717 EMC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL AND ORDER**<br><br>(**Local Rule 11-5**) |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Gerald L. Righetti ("Righetti") hereby submits this ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL AND [PROPOSED] ORDER.

1. Plaintiff moves the Court to permit the withdrawal of Dixie Noonan of O'Melveny & Myers LLP as counsel of record for Plaintiff Righetti in the above-captioned matter.

2. There is no prejudice to any party by the proposed withdrawal, as counsel for Plaintiff, Darin W. Snyder, Robin Wall, Rachel P. Zuraw, Lyndsie R. Schmalz and Hoai-Mi Vu of O'Melveny & Myers LLP have already appeared and are designated as Plaintiff's counsel. The case schedule will not be affected by the proposed withdrawal. Pursuant to Local Rule 11-5, notice of withdrawal of counsel has been provided to all counsel of record and to the client.

Plaintiff Righetti hereby requests that the Court grant this motion and remove Dixie Noonan as counsel of record in the above-captioned matter, and that she be removed from any service lists.

Dated: November 7, 2013

Respectfully submitted,

DARIN W. SNYDER
DIXIE NOONAN
ROBIN WALL
RACHEL P. ZURAW
LYNDSIE R. SCHMALZ
HOAI-MI VU

O'MELVENY & MYERS LLP

By: /s/ Lyndsie R. Schmalz
Lyndsie R. Schmalz
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Tel: (415) 984-8943
Fax: (415) 984-8701

Attorneys for Plaintiff
GERALD L. RIGHETTI

UNOPPOSED ADMINISTRATIVE MOTION
TO WITHDRAW COUNSEL AND
[PROPOSED] ORDER
CASE NO. C-11-2717 EMC

1
2                                                            **"""ORDER**

3 Pursuant to stipulation, IT IS SO ORDERED.

4 SIGNED on the 35yj day of "Pqxgo dgt, 2013.

5

6                                                         THE HONORABLE EDWARD M. CHEN
7                                                              Judge, United States District Court
                                                           for the Northern District of California

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNOPPOSED ADMINISTRATIVE MOTION
TO WITHDRAW COUNSEL AND
[PROPOSED] ORDER
CASE NO. C-11-2717 EMC