KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5593
 Fax:  (415) 703-5480
 E-mail:  Mike.Osgood@doj.ca.gov
*Attorneys for Dr. Nguyen & Zuniga*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD S. RIGHETTI,<br><br>                                  Plaintiff,<br><br>      v.<br><br>DR. DUC V. NGUYEN ET AL.,<br><br>                                  Defendants. | CV 11-2717 EMC<br><br>**STIPULATION TO EXTEND TIME TO CONDUCT SETTLEMENT CONFERENCE**<br><br>Courtroom: 5 (17th Floor)<br>Judge: Hon. Edward M. Chen<br>Trial Date: None Set<br>Action Filed:   June 6, 2011 |

Pursuant to Local Rule 6-2, Plaintiff Gerald S. Righetti and Defendants Nguyen, Zuniga, and Richman, by and through their counsel, stipulate to and request the Court to extend the deadline to conduct a settlement conference before Magistrate Judge Westmore through **April 7, 2014**.  *See* ECF No. 191.  The Court had previously set a thirty-day deadline, which would expire on March 8.  *See id.*  The first mutually available day for the parties to conduct the settlement conference, including with a representative from the Department of Corrections and Rehabilitation, is April 7, 2014.   The parties were ordered to appear for a CMC on March 27, 2014, with a joint statement due March 20.  The parties also request to move that CMC to **April ~~17~~ 24, 2014**, with a updated joint statement due on **April ~~10~~ 17, 2014,** to account for a later settlement conference.  There has been one prior request to extend these deadlines, which was withdrawn after a conflict was discovered.  *See* ECF Nos. 192 & 193. There are no other deadlines.

1

| | | |
|---|---|---|
| 1 | Dated: March 3, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS |
| | | Attorney General of California |
| 3 | | JOHN P. DEVINE |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ *Micah C.E. Osgood* |
| 6 | | MICAH C. E. OSGOOD |
| | | Deputy Attorney General |
| 7 | | *Attorneys for Defendants Nguyen & Zuniga* |
| 8 | Dated: March 3, 2014 | Respectfully submitted, |
| 9 | | |
| 10 | | /s/ *Rachel P. Zuraw** |
| 11 | | RACHEL P. ZURAW |
| | | O'Melveny & Myers LLP |
| 12 | | *Attorneys for Plaintiff Gerald S. Righetti* |
| 13 | Dated: March 3, 2014 | Respectfully submitted, |
| 14 | | |
| 15 | | /s/ *Robert Sanford** |
| 16 | | ROBERT SANFORD |
| | | Supple & Canvel, LLP |
| 17 | | *Attorneys for Defendant Dr. Richman* |

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  (as modified above).

19  DATE:  3/12/14

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen
Edward M. Chen
U.S. District Judge

26  \*   Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of the this person to file this stipulation on their behalf with electronic signature, and I will maintain records proving as much as required.  /s/ *Micah C.E. Osgood*

27

28  SF2012402118

2