KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD
Deputy Attorney General
State Bar No. 255239
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5593
 Fax:  (415) 703-5480
 E-mail:  Mike.Osgood@doj.ca.gov
*Attorneys for Dr. Nguyen & Zuniga*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERALD S. RIGHETTI,**<br><br>                                       Plaintiff,<br><br>        v.<br><br>**DR. DUC V. NGUYEN ET AL.,**<br><br>                                       Defendants. | CV 11-2717 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 5 (17th Floor)<br>Judge: Hon. Edward M. Chen<br>Trial Date: None Set<br>Action Filed:   June 6, 2011 |

Pursuant to Local Rule 6-2, Plaintiff Gerald Righetti and Defendants Duc Nguyen, Maricella Zuniga, and Neil Richman, by and through their counsel, stipulate to and request to move the case management conference (set for May 22, 2014) to **June 5**, **2014**, with an updated joint statement due on **May 29, 2014**.  There has been one prior request to extend these deadlines, which was granted to allow for a later settlement conference date.  *See* ECF No.  195.  There are no other deadlines.

Lead counsel for Defendants Nguyen and Zuniga, Micah C.E. Osgood, is presently set for trial beginning May 20, 2014, before this Court with the Honorable Thelton Henderson.  This trial is expected to last two weeks.  The case name and number is *Fowler v. California Highway Patrol et al.*, Case No. 13-1026 (TEH).

1

Stipulation to Cont. C.M.C. (CV 11-2717 EMC)

| | | |
|---|---|---|
| 1 | Dated: April 23, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | JOHN P. DEVINE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ *Micah C.E. Osgood* |
| 6 | | MICAH C. E. OSGOOD<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Nguyen & Zuniga* |
| 8 | Dated: April 23, 2014 | Respectfully submitted, |
| 9 | | |
| 10 | | /s/ *Lyndsie R. Schmalz\** |
| 11 | | LYNDSIE R. SCHMALZ<br>O'Melveny & Myers LLP |
| 12 | | *Attorneys for Plaintiff Gerald S. Righetti* |
| 13 | Dated: April 23, 2014 | Respectfully submitted, |
| 14 | | |
| 15 | | /s/ *Robert Sanford\** |
| 16 | | ROBERT SANFORD<br>Supple & Canvel, LLP |
| 17 | | *Attorneys for Defendant Dr. Richman* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____ 4/25/14

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]

_____
Hon. Edward M. Chen
U.S. District Judge

\* Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of this person to file this stipulation on their behalf with electronic signature, and I will maintain records proving as much as required. /s/ *Micah C.E. Osgood*

SF2012402118

2

Stipulation to Cont. C.M.C. (CV 11-2717 EMC)