UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. RIGHETTI,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2717 EMC<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE** |

On April 29, 2014, the Court issued a judgment in this action pursuant to its order granting Defendant Nguyen's, Defendant Richman's, and Defendant Zuniga's motions for summary judgment. The judgment issued in error as the summary judgment order did not affect Mr. Righetti's claims against Defendant Guzman. Accordingly, the judgment is **VACATED** and this case is **REOPENED**.

On March 19, 2013, the clerk entered a default against Defendant Guzman. Mr. Righetti is **ORDERED** to file a motion for default judgment no later than May 29, 2014.

Dated: May 5, 2014

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge