DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
GABRIEL MARKOFF (S.B. #291656)
gmarkoff@omm.com
MICHAEL PIERCE (S.B. #309102)
mpierce@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Pro Bono* Attorneys for Plaintiff
Gerald Righetti

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD RIGHETTI,<br><br>        Plaintiff,<br><br>    v.<br><br>NEIL RICHMAN, DR.,<br><br>        Defendant. | Case No. 11-2717 EMC<br><br>**[PROPOSED] ORDER RE: PARTIES' STIPULATION TO EXTEND DISCOVERY BY THIRTY DAYS**<br><br>Trial Date: September 18, 2017<br>Time: 8:30 a.m.<br>Judge: Hon. Edward M. Chen |

Good cause having been shown by Plaintiff's motion and the parties' Stipulation, IT IS ORDERED that the Court's April 12, 2017 deadline for fact discovery, *see* Case Management Pretrial Order Jury Trial, ECF No. 239, be extended until May 12, 2017 for the depositions of Dr. Michael Moeller and Cristobal Alcaraz.

DATED April ____13____, 2017

_____
THE HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

PROPOSED ORDER, NO. 11-2717 EMC