DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
GABRIEL MARKOFF (S.B. #291656)
gmarkoff@omm.com
MICHAEL PIERCE (S.B. #309102)
mpierce@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Pro Bono* Attorneys for Plaintiff
Gerald Righetti

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD RIGHETTI,<br><br>          Plaintiff,<br><br>     v.<br><br>NEIL RICHMAN, DR.,<br><br>          Defendant. | Case No. 11-2717 EMC<br><br>[PROPOSED] ORDER<br><br>Trial Date:  September 18, 2017<br>Time:   8:30 a.m.<br>Judge:   Hon. Edward M. Chen |

Upon the parties' Joint Stipulation, this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each side shall bear its own costs and attorneys' fees.

DATED June __9_____, 2017

_____
THE HON. EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

PROPOSED ORDER – NO. 11-2717 EMC